IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JIMMY EARL WILLIAMS, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:17-CV-856-RAH |
| 42 U.S.C. 654(3) DIVISION OF CHILD SUPPORT ENFORCEMENT CENTER, et al., | ) |
| Defendants. | ) |

**ORDER**

On June 16, 2020, the Magistrate Judge entered a Recommendation (Doc. 7) to which no objections have been filed. After an independent review of the file and upon consideration of the Recommendation, it is ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. This case is DISMISSED with prejudice prior to service of process.

A separate Final Judgment will be entered in accordance with this order.

DONE, this 10th day of July, 2020.

/s/ R. Austin Huffaker, Jr.
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE